David B. Cotner
Datsopoulos, MacDonald & Lind, P.C.
201 West Main, Ste. 201
Missoula, MT  59802
Tel: 406-728-0810
Fax: 406-543-0134
dcotner@dmllaw.com

Bradley R. Duncan
Hugh R. McCullough
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-622-3150
Fax: 206-757-7700
bradleyduncan@dwt.com
hughmccullough@dwt.com

Dennis Holahan
Law Offices of Dennis Holahan
2049 Century Park East, Suite 3180
Los Angeles, CA  90067
Tel: 310-286-3344
Fax: 310-286-2299
dholahan@holahanlaw.com

Attorneys for Richard J. Samson,
Chapter 7 Trustee for Edra D. Blixseth

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>EDRA D. BLIXSETH,<br><br>　　　　Debtor. | Case No. 09-60452-7 |
| RICHARD J. SAMSON, as Chapter 7 Trustee of the Estate of Edra Blixseth,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY BLIXSETH, DESERT RANCH LLLP, DESERT RANCH MANAGEMENT LLC, and DOES 1–5,<br><br>　　　　Defendants. | Adv. No. 10-00088<br><br>**OBJECTION TO AMENDED MOTION TO DISQUALIFY BANKRUPTCY JUDGE KIRSCHER**<br><br>NOTICE OF HEARING<br>DATE:  January 18, 2011<br>TIME:   10:00 a.m.<br>LOCATION: 400 North Main Street, Butte, Montana 59701 |

COMES NOW the Plaintiff, RICHARD J. SAMSON, as Chapter 7 Trustee to the Estate of Edra Blixseth ("Samson"), by and through his attorneys of record, and hereby objects to Timothy Blixseth's Amended Motion to Disqualify Bankruptcy Judge Kirscher (Dkt. #39).

Samson respectfully adopts the arguments and positions set forth in (i) the Objection of CrossHarbor Capital Partners LLC and its Affiliates to Motion to Disqualify Bankruptcy Judge Kirscher (Dkt. #2083) filed in Case No. 08-61570-11; (ii) the Yellowstone Club Liquidating Trust's Objection to Motion to Disqualify Bankruptcy Judge Kirscher (Dkt. #2084) filed in Case No. 08-61570-11; and (iii) the Objection of Yellowstone Mountain Club, LLC to Timothy Blixseth's Motion to Disqualify Judge Kirscher (Dkt. #2087) filed in Case No. 08-61570-11.

DATED this 30th day of December, 2010.

    DATSOPOULOS, MacDONALD & LIND, P.C.
    201 West Main, Suite 201
    Missoula, MT 59802


    By: /s/ David B. Cotner
       David B. Cotner
       Attorney for Richard J. Samson, Chapter 7
       Trustee for Edra D. Blixseth

CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on the 30th day of December, 2010, a copy of the foregoing Objection to Amended Motion to Disqualify Bankruptcy Judge Kirscher was duly served via CM/ECF to the following:

      All persons on the ECF service list for this case

      /s/ David B. Cotner